DOROTHY M. J. ROBBINS, Respondent, v. HANS R. CHRISTMAN, Appellant.— Judgment of the Supreme Court, Orange County, entered December 12,

1966, affirmed, without costs. No opinion. Motion by respondent for a counsel fee to oppose the appeal, renewed on argument of the appeal (pursuant to permission granted in the order of this court dated May 22, 1967), granted to the extent that appellant is directed to pay respondent $350 as a counsel fee within 10 days after entry of the order hereon. Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.